**EXHIBIT C**

**DISMISSED, CLOSED, DebtEd, MEANSU, IFP**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-16-41471-cec

*Date filed:* 04/07/2016
*Date terminated:* 10/04/2016
*Debtor dismissed:* 09/19/2016
*341 meeting:* 05/17/2016
*Deadline for objecting to discharge:* 07/18/2016
*Deadline for financial mgmt. course:* 07/18/2016

*Assigned to:* Carla E. Craig
Chapter 7
Voluntary
No asset

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Alice Nandkishur**
91-04 175 St.
Jamaica, NY 11432
QUEENS-NY
SSN / ITIN: ███

represented by **Alice Nandkishur**
PRO SE

**Trustee**
**Gregory Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474

represented by **Gregory Messer**
Law Offices of Gregory Messer, PLLC
26 Court Street
Suite 2400
Brooklyn, NY 11242
(718) 858-1474
Fax : (718) 797-5360
Email: gremesser@aol.com

**U.S. Trustee**
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 04/07/2016 | 1 (56 pgs) | Chapter 7 Voluntary Petition for Individuals. IFP Fee Waived Filed by Alice Nandkishur (mem) (Entered: 04/07/2016) |
| 04/07/2016 | | Meeting of Creditors Chapter 7 No Asset & Appointment of Chapter 7 Trustee, Gregory Messer, , 341(a) Meeting to be held on 05/17/2016 at 10:30 AM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY . Last day to oppose discharge or dischargeability is 07/18/2016 . Financial Management Certificate due by 07/18/2016 . (Entered: 04/07/2016) |

| Date | Doc # | Description |
|---|---|---|
| 04/07/2016 | 2 (3 pgs) | Application to have the Chapter 7 Filing Fee Waived Filed by Alice Nandkishur. (mem) (Entered: 04/07/2016) |
| 04/07/2016 | 3 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Alice Nandkishur (mem) (Entered: 04/07/2016) |
| 04/07/2016 | 4 (3 pgs; 2 docs) | Deficient Filing Chapter 7 : Statement of Intention due 5/17/2016. Section 521 Incomplete Filings due by 5/23/2016. Summary of Your Assets and Liabilities and Certain Statistical Information Official Form 106Sum due by 4/21/2016.Chapter 7 Statement of Your Current Monthly Income Form 122A-1 due by 4/21/2016. Copies of pay statements received from any employer due by 4/21/2016. Incomplete Filings due by 4/21/2016. (mem) (Entered: 04/07/2016) |
| 04/07/2016 | 5 (6 pgs; 4 docs) | Request for Notice - Meeting of Creditors Chapter 7 No Asset (mem) (Entered: 04/07/2016) |
| 04/09/2016 | 6 (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 04/09/2016. (Admin.) (Entered: 04/10/2016) |
| 04/09/2016 | 7 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 04/09/2016. (Admin.) (Entered: 04/10/2016) |
| 04/09/2016 | 8 (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 04/09/2016. (Admin.) (Entered: 04/10/2016) |
| 04/13/2016 | 9 (3 pgs; 2 docs) | Order Granting Application To Have the Chapter 7 Filing Fee Waived and it is further Ordered, that this waiver also applies to other fees scheduled by the Judicial Conference under 28 U.S.C. Section 1930(a), (b) and (c) (Related Doc # 2) Signed on 4/13/2016. (fmr) (Entered: 04/13/2016) |
| 04/13/2016 |  | Receipt of Chapter 7 IFP Filing Fee - $0.00. Receipt Number 313314. (DM) (admin) (Entered: 04/13/2016) |
| 04/15/2016 | 10 (3 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 04/15/2016. (Admin.) (Entered: 04/16/2016) |
| 05/09/2016 | 11 (2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (fmr) (Entered: 05/09/2016) |
| 05/11/2016 | 12 (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 05/11/2016. (Admin.) (Entered: 05/12/2016) |
| 05/20/2016 | 13 (3 pgs; 3 docs) | Motion to Dismiss Case *for failure to appear at 341 meeting or to extend time to object to discharge of debtor and the dischargeability of debts* Filed by Gregory Messer on behalf of Gregory Messer. Hearing scheduled for 6/21/2016 at 11:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Messer, Gregory) Modified on 5/23/2016 for clarification (fmr). (Entered: 05/20/2016) |
| 05/25/2016 | 14 (2 pgs) | BNC Certificate of Mailing with Notice of Hearing on Dismissal Notice Date 05/25/2016. (Admin.) (Entered: 05/26/2016) |
| 06/21/2016 |  | Hearing Held and Adjourned; (related document(s): 13 Motion to Dismiss Case for failure to appear at a 341a creditor meeting or in the alternative |

| | | |
|---|---|---|
| | | extend time to object to discharge) Hearing scheduled for 08/18/2016 at 11:45 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY - Court to Issue Order (tleonard) (Entered: 06/22/2016) |
| 06/23/2016 | 15 (3 pgs; 2 docs) | Order Adjourning Trustee's Motion to Dismiss to 8/18/2016 at 11:45 a.m. at Courtroom 3529 (Judge Craig), Brooklyn, NY. The Debtor or Debtor's counsel shall contact the Trustee, Gregory Messer, within 10 days from the date of this order to schedule an adjourned Section 341 meeting. (RE: related document(s)13 Motion to Dismiss Case filed by Trustee Gregory Messer). Signed on 6/23/2016 (dhc) (Entered: 06/23/2016) |
| 06/25/2016 | 16 (3 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 06/25/2016. (Admin.) (Entered: 06/26/2016) |
| 07/03/2016 | 17 (2 pgs; 2 docs) | Notice of No Financial Management Certificate before Discharge for Debtor(s). (fincert7) (Entered: 07/03/2016) |
| 07/07/2016 | 18 (2 pgs) | BNC Certificate of Mailing with Notice of No Financial Management Certificate Notice Date 07/07/2016. (Admin.) (Entered: 07/08/2016) |
| 09/09/2016 | | The debtor(s) did not appear at an adjourned 341 meeting and the Trustee requests that the Motion to Dismiss be granted Filed by Gregory Messer (RE: related document(s)13 Motion to Dismiss Case filed by Trustee Gregory Messer). (Messer, Gregory) (Entered: 09/09/2016) |
| 09/19/2016 | 19 (3 pgs; 3 docs) | Ordered, that the above-referenced chapter 7 case is hereby dismissed. Case with Notice of Dismissal (RE: related document(s)13 Motion to Dismiss Case filed by Trustee Gregory Messer, 15 Order to Schedule Hearing (Generic)). Signed on 9/19/2016 (fmr) (Entered: 09/19/2016) |
| 09/19/2016 | | Chapter 7 Trustee's Report of No Distribution - I, Gregory Messer, having been appointed trustee of the estate of the above-named debtor(s), report that this case was DISMISSED or CONVERTED. I have neither received any property nor paid any monies on account of this estate. I hereby certify that the chapter 7 estate of the above-named debtor(s) has been fully administered through the date of conversion or dismissal. I request that I be discharged from any further duties as trustee. Key information about this case as reported in schedules filed by the debtor(s) or otherwise found in the case record: This case was pending for 0 months. Assets Abandoned (without deducting any secured claims) Not Applicable, Assets Exempt: Not Applicable, Claims Scheduled: Not Applicable, Claims Asserted: Not Applicable, Claims scheduled to be discharged without payment (without deducting the value of collateral or debts excepted from discharge): Not Applicable. Filed by Gregory Messer. (Messer, Gregory) (Entered: 09/19/2016) |
| 09/21/2016 | 20 (2 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 09/21/2016. (Admin.) (Entered: 09/22/2016) |
| 10/04/2016 | 21 (2 pgs; 2 docs) | Order to Close Dismissed Case (ch7c4dsm) (Entered: 10/04/2016) |
| 10/04/2016 | | Close Bankruptcy Case (ch7disms) (Entered: 10/04/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/10/2024 13:08:56 | | | |
| PACER Login: | gplaw016 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1-16-41471-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 3 | Cost: | 0.30 |