# EXHIBIT D

**DISMISSED, FeeDueBK, DebtEd, DomSup, Repeat, PRVDISM, CLOSED**

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-16-43701-cec

|  |  |
|---|---|
| *Assigned to:* Carla E. Craig | *Date filed:* 08/18/2016 |
| Chapter 13 | *Date terminated:* 02/15/2017 |
| Voluntary | *Debtor dismissed:* 01/31/2017 |
| Asset | *341 meeting:* 11/16/2016 |

*Debtor disposition:* Dismissed for failure to make plan payments

| *Debtor* | represented by **Premlall Nandkishur** |
|---|---|
| **Premlall Nandkishur** | PRO SE |
| 91-04 175 St | |
| Jamaica, NY 11432 | |
| QUEENS-NY | |
| SSN / ITIN: ███ | |

*Trustee*
**Michael J. Macco**
2950 Express Drive South
Suite 109
Islandia, NY 11749
(631) 549-7900

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 08/18/2016 | 1 (61 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $40.00 Filed by Premlall Nandkishur Government Proof of Claim due by 2/14/2017. (mem) (Entered: 08/18/2016) |
| 08/18/2016 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Michael J. Macco, with 341(a) Meeting to be held on 09/21/2016 at 10:15 AM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY . Proof of Claims due by 12/20/2016 . (Entered: 08/18/2016) |
| 08/18/2016 | | Prior Filing Case Number(s): 10-40080-jf dismissed 02/22/2010 , 15-42238-cec dismissed 06/30/2015 (mem) (Entered: 08/18/2016) |

| 08/18/2016 | 2 (1 pg) | Application to Pay Filing Fee in Installments . Filed by Premlall Nandkishur. (mem) (Entered: 08/18/2016) |
|---|---|---|
| 08/18/2016 | 3 (1 pg) | Certificate of Credit Counseling for Debtor Filed by Premlall Nandkishur (mem) (Entered: 08/18/2016) |
| 08/18/2016 | 4 (3 pgs; 2 docs) | Deficient Filing Chapter 13 : Section 521 Incomplete Filings due by 10/3/2016. Copies of pay statements received from any employer due by 9/1/2016. Incomplete Filings due by 9/1/2016. (mem) (Entered: 08/18/2016) |
| 08/18/2016 | 5 (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 10/25/2016 at 10:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 10/25/2016.Objections to 523 due by 11/21/2016. (mem) (Entered: 08/18/2016) |
| 08/18/2016 | 6 (4 pgs; 4 docs) | Chapter 13 Plan dated 8-17-16 Filed by Premlall Nandkishur. (mem) (Entered: 08/18/2016) |
| 08/18/2016 |  | Receipt of Chapter 13 Installment Filing Fee - $40.00. Receipt Number 314270. (MM) (admin) (Entered: 08/18/2016) |
| 08/20/2016 | 7 (2 pgs) | BNC Certificate of Mailing with Notice of Hearing on Confirmation Notice Date 08/20/2016. (Admin.) (Entered: 08/21/2016) |
| 08/20/2016 | 8 (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 08/20/2016. (Admin.) (Entered: 08/21/2016) |
| 08/20/2016 | 9 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 08/20/2016. (Admin.) (Entered: 08/21/2016) |
| 08/20/2016 | 10 (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 08/20/2016. (Admin.) (Entered: 08/21/2016) |
| 08/20/2016 | 11 (2 pgs) | BNC Certificate of Mailing with Chapter 13 Plan Notice Date 08/20/2016. (Admin.) (Entered: 08/21/2016) |
| 09/08/2016 | 12 (1 pg) | Notice of Appearance and Request for Notice Filed by Ehret Anne Van Horn on behalf of Wells Fargo Bank, N.A. (Van Horn, Ehret) (Entered: 09/08/2016) |
| 09/13/2016 | 13 (3 pgs; 2 docs) | Objection to Confirmation of Plan Filed by Ehret Anne Van Horn on behalf of Wells Fargo Bank, N.A. (RE: related document(s)6 Chapter 13 Plan with Petition filed by Debtor Premlall Nandkishur). (Attachments: # 1 Affidavit of Service) (Van Horn, Ehret) (Entered: 09/13/2016) |
| 09/19/2016 | 14 (2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (fmr) (Entered: 09/19/2016) |
| 09/21/2016 |  | Statement Adjourning 341(a) Meeting of Creditors. 341(a) Meeting Adjourned to 11/16/2016 at 10:00 AM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY. Debtor absent. (Macco, Michael) (Entered: 09/21/2016) |

| | | |
|---|---|---|
| 09/21/2016 | [15](#) (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 09/21/2016. (Admin.) (Entered: 09/22/2016) |
| 09/23/2016 | | Receipt of Chapter 13 Installment Filing Fee - $40.00. Receipt Number 314542. (MM) (admin) (Entered: 09/23/2016) |
| 10/07/2016 | [16](#) (3 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 10/25/2016 at 10:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 10/07/2016) |
| 10/25/2016 | | Hearing Held; (related document(s): [16](#) Chapter 13 Trustee's Motion to Dismiss Case) Appearance : Michael J. Macco Trustee - No Opposition - Granted; Submit Order (tleonard) (Entered: 11/02/2016) |
| 10/25/2016 | | Confirmation Hearing Held; (related document(s): [5](#) Request for Notice - Meeting of Creditors and Hearing on Confirmation Chapter 13) Appearance : Michael J. Macco Trustee - Marked Off/Motion to dismiss granted (tleonard) (Entered: 11/02/2016) |
| 01/31/2017 | [17](#) (3 pgs; 3 docs) | Order Dismissing Case with Notice of Dismissal (RE: related document(s)[16](#) Chapter 13 Trustee's Motion to Dismiss Case). Signed on 1/31/2017 (aac) (Entered: 01/31/2017) |
| 02/02/2017 | [18](#) (2 pgs) | BNC Certificate of Mailing with Notice of Dismissal Notice Date 02/02/2017. (Admin.) (Entered: 02/03/2017) |
| 02/03/2017 | [19](#) (4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 02/03/2017) |
| 02/15/2017 | [20](#) (2 pgs; 2 docs) | Order to Close Dismissed Case (ch13c4dsm) (Entered: 02/15/2017) |
| 02/15/2017 | | Close Bankruptcy Case (ch13disms) (Entered: 02/15/2017) |
| 09/10/2019 | 21 | [CASE CLOSED; NO FURTHER ACTION TAKEN] Letter Filed by U.S Department of Justice, Victim Witness Assistance Program, to Debtor Re: Being a Victim of Potential Victim of Mail Fraud in Case Number 2016R00134 and Court Docket Number 17-CR-00185 (olb) Modified on 9/12/2019 (olb). (Entered: 09/11/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 05/14/2024 15:15:11 | | | |
| **PACER Login:** | GPLAW016 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-16-43701-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included |

|  |  |  | Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |