# EXHIBIT E

**PlnDue, CounDue, DebtEd, DomSup, Repeat, PRVDISM, DISMISSED, CLOSED**

## U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-18-44576-cec

*Assigned to:* Carla E. Craig
Chapter 13
Voluntary
Asset

*Date filed:* 08/08/2018
*Date terminated:* 10/29/2018
*Debtor dismissed:* 09/24/2018
*341 meeting:* 11/21/2018

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Premlall Nandkishur**
91-04 175th Street
Jamaica, NY 11432
QUEENS-NY
SSN / ITIN: ███

represented by **Premlall Nandkishur**
PRO SE

*Trustee*
**Michael J. Macco**
2950 Express Drive South
Suite 109
Islandia, NY 11749
(631) 549-7900

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014
(212) 510-0500

| Filing Date | # | Docket Text |
|---|---|---|
| 08/08/2018 | 1 (22 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $100.00 Filed by Premlall Nandkishur Government Proof of Claim due by 2/4/2019. (cns) (Entered: 08/08/2018) |
| 08/08/2018 | | Prior Filing Case Number(s): 10-40080-jf dismissed 02/22/2010, 15-42238-cec dismissed 06/30/2015,16-43701-cec dismissed 01/31/2017 (cns) (Entered: 08/08/2018) |
| 08/08/2018 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (cns) (Entered: 08/08/2018) |

| | | |
|---|---|---|
| 08/08/2018 | | 341(a) meeting to be held on 09/19/2018 at 10:15 AM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY. Proofs of Claims due by 10/17/2018. (cns) (Entered: 08/08/2018) |
| 08/08/2018 | [2](#) (1 pg) | Application to Pay Filing Fee in Installments . Filed by Premlall Nandkishur. (cns) (Entered: 08/08/2018) |
| 08/08/2018 | 3 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Zamrudeen, Mohamed N (cns) (Entered: 08/08/2018) |
| 08/08/2018 | | Receipt of Chapter 13 Installment Filing Fee - $100.00. Receipt Number 321678. (CS) (admin) (Entered: 08/08/2018) |
| 08/08/2018 | [5](#) (3 pgs; 2 docs) | Deficient Filing Chapter 13: Certificate of Credit Counseling due by 8/8/2018. Statement Pursuant to E.D.N.Y. LBR 1073-2b due by 8/8/2018. Last day to file Section 521(i)(1) documents is 9/24/2018. Summary of Your Assets and Liabilities and Certain Statistical Information Official Form 106Sum due by 8/22/2018. Schedule C due 8/22/2018. Schedule E/F due 8/22/2018. Schedule G due 8/22/2018. Schedule H due 8/22/2018. Schedule I due 8/22/2018. Schedule J due 8/22/2018. Statement of Financial Affairs for Individuals Filing for Bankruptcy Form 107 due 8/22/2018. Chapter 13 Plan due by 8/22/2018. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 8/22/2018. Copies of pay statements received from any employer due by 8/22/2018. Incomplete Filings due by 8/22/2018. (cns) (Entered: 08/09/2018) |
| 08/09/2018 | [6](#) (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 10/18/2018 at 10:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. Last day to Object to Confirmation 10/18/2018.Objections to 523 due by 11/19/2018. (cns) (Entered: 08/09/2018) |
| 08/09/2018 | [7](#) (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. Balance Due: $ 210.00 (Related Doc # [2](#)). Signed on 8/9/2018. (cns) (Entered: 08/09/2018) |
| 08/11/2018 | [8](#) (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 08/11/2018. (Admin.) (Entered: 08/12/2018) |
| 08/11/2018 | [9](#) (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 08/11/2018. (Admin.) (Entered: 08/12/2018) |
| 08/11/2018 | [10](#) (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 08/11/2018. (Admin.) (Entered: 08/12/2018) |
| 08/11/2018 | [11](#) (2 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 08/11/2018. (Admin.) (Entered: 08/12/2018) |
| 08/23/2018 | [12](#) (1 pg) | Notice of Appearance and Request for Notice Filed by Ehret Anne Van Horn on behalf of Wells Fargo Home Mortgage. (Van Horn, Ehret) Modified on 8/24/2018 to correct Creditor (fmr). (Entered: 08/23/2018) |
| 08/23/2018 | [13](#) (105 pgs; 12 docs) | Motion for Relief from Stay *and request for in rem relief as to the property located at 91-04 175th Street, Jamaica, NY 11432-5518* Fee Amount $181. Filed by Ehret Anne Van Horn on behalf of WELLS |

| | | |
|---|---|---|
| | | FARGO BANK, N.A.. Hearing scheduled for 9/27/2018 at 02:00 PM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Attachments: # 1 Exhibit court letter # 2 Exhibit A - loan documents # 3 Exhibit B - JFS # 4 Exhibit C - 1st filing # 5 Exhibit D - 2nd filing # 6 Exhibit E - 3rd filing # 7 Exhibit F - 4th filing # 8 Exhibit G - worksheet # 9 Exhibit H - proposed order # 10 Exhibit I - legal description # 11 Exhibit affidavit of mailing) (Van Horn, Ehret) (Entered: 08/23/2018) |
| 08/23/2018 | | Receipt of Motion for Relief From Stay(1-18-44576-cec) [motion,mrlfsty] ( 181.00) Filing Fee. Receipt number 17031128. Fee amount 181.00. (re: Doc# 13) (U.S. Treasury) (Entered: 08/23/2018) |
| 08/24/2018 | 14 (2 pgs) | Request to enter into the Loss Mitigation Program with respect to Property located at 91-04 175th Street, Jamaica, NY 11432, Loan No.# 5379 with creditor Wells Fargo c/o Gross Polowy LLC 1775 Wrehile Dr. Williamsville, NY 14221, Filed by Premlall Nandkishur.. Objection to Loss Mitigation by 9/7/2018. (tmg) (Entered: 08/24/2018) |
| 08/24/2018 | | Receipt of Chapter 13 Installment Filing Fee - $210.00. Receipt Number 321846. (TG) (admin) (Entered: 08/24/2018) |
| 08/27/2018 | | Final Installment Payment Verified by Financial (mnc) (Entered: 08/27/2018) |
| 09/10/2018 | 15 (2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (rjl) (Entered: 09/10/2018) |
| 09/12/2018 | 16 (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 09/12/2018. (Admin.) (Entered: 09/13/2018) |
| 09/13/2018 | 17 (2 pgs; 2 docs) | Order scheduling Hearing on Loss Mitigation Request. ORDERED, that the Debtor(s) and the Secured Creditor are directed to appear at a hearing on the Loss Mitigation Request and the Lift Stay Motion before the Honorable Carla E. Craig, in Courtroom 3529 (RE: related document(s)13 Motion for Relief From Stay filed by Creditor, Wells Fargo Home Mortgage, 14 Loss-Mitigation Request - By the Debtor, Premlall Nandkishur). Signed on 9/13/2018. Hearing scheduled for 9/27/2018 at 02:00 PM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (rjl) (Entered: 09/14/2018) |
| 09/16/2018 | 18 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 09/16/2018. (Admin.) (Entered: 09/17/2018) |
| 09/20/2018 | | Statement Adjourning 341(a) Meeting of Creditors to 11/21/2018 at 10:00 AM at Room 2579, 271-C Cadman Plaza East, Brooklyn, NY. Debtor absent. (Macco, Michael) (Entered: 09/20/2018) |
| 09/21/2018 | 19 (1 pg) | Loss Mitigation Status Report Filed by Deborah Turofsky on behalf of Wells Fargo Home Mortgage (RE: related document(s)17 Order to Schedule Hearing (Generic)) (Turofsky, Deborah) 14. (Entered: 09/21/2018) |
| 09/24/2018 | 26 (2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor 25. (rjl) (Entered: 10/12/2018) |

| | | |
|---|---|---|
| 09/27/2018 | 20 (1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)15 Final Notice of Section 521 Deficiencies) (rjl) (Entered: 09/27/2018) |
| 09/27/2018 | | Hearing Held; (related document(s): 17 Order scheduling Hearing on Loss Mitigation Request. ORDERED, that the Debtor(s) and the Secured Creditor are directed to appear at a hearing on the Loss Mitigation Request and the Lift Stay Motion.) - Appearance: Ashish Malhotra Representing Creditor - Denied, It is So Ordered, By The Honorable Carla E. Craig. Endorsed on 9/27/18 calendar. (This is a text Order, no document attached) (tleonard) (Entered: 09/28/2018) |
| 09/27/2018 | | Hearing Held; (related document(s): 13 Motion for Relief from Stay and request for in rem relief as to the property located at 91-04 175th Street, Jamaica, NY 11432-5518.) - Appearance: Ashish Malhotra Representing Creditor - No Opposition - Granted; Submit Order (tleonard) (Entered: 09/28/2018) |
| 09/28/2018 | 21 (3 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 10/18/2018 at 10:00 AM at Courtroom 3529 (Judge Craig), Brooklyn, NY. (Macco, Michael) (Entered: 09/28/2018) |
| 10/05/2018 | 22 (3 pgs; 2 docs) | Order Granting Motion For IN-REM Relief From Stay with respect to the property located at 91-04 175th Street, Jamaica, NY 11432-5518. ORDERED that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(4)(B) granting in rem relief as to the Property, the legal description of which being attached hereto as Exhibit A, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property. (Related Doc # 13) Signed on 10/5/2018. (Attachments: # 1 Exhibit) (tml) (Entered: 10/09/2018) |
| 10/11/2018 | 23 (2 pgs; 2 docs) | Order DENYING Loss Mitigation Request in its entirety (RE: related document(s)14 Loss-Mitigation Request - By the Debtor. Signed on 10/11/2018 (rjl) (Entered: 10/12/2018) |
| 10/11/2018 | 25 (1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. 521(i)(1). (RE: related document(s)20 Request for Judicial Determination Re: 521 Documents). Signed on 10/11/2018 (rjl) (Entered: 10/12/2018) |
| 10/12/2018 | 24 (2 pgs; 2 docs) | Court's Service List (RE: related document(s)23 Order Denying Loss Mitigation Request) (rjl) (Entered: 10/12/2018) |
| 10/14/2018 | 27 (2 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Notice Date 10/14/2018. (Admin.) (Entered: 10/15/2018) |
| 10/14/2018 | 28 (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/14/2018. (Admin.) (Entered: 10/15/2018) |
| 10/15/2018 | 29 (4 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Macco, Michael) (Entered: 10/15/2018) |

| | | |
|---|---|---|
| 10/17/2018 | | Receipt of Fee for Certification of Document - $11.00. Receipt Number 257250. (KR) (admin) (Entered: 10/17/2018) |
| 10/17/2018 | [30](#) (2 pgs) | BNC Certificate of Mailing with Application/Notice/Order Notice Date 10/17/2018. (Admin.) (Entered: 10/18/2018) |
| 10/29/2018 | [31](#) (2 pgs; 2 docs) | Order to Close Automatically Dismissed Case (ch13c4dsm) (Entered: 10/29/2018) |
| 10/29/2018 | | Close Bankruptcy Case (ch13disms) (Entered: 10/29/2018) |
| 09/10/2019 | [32](#) (3 pgs) | [CASE CLOSED; NO FURTHER ACTION TAKEN] Letter Filed by U.S Department of Justice, Victim Witness Assistance Program, to Debtor Re: Being a Victim of Potential Victim of Mail Fraud in Case Number 2016R00134 and Court Docket Number 17-CR-00185 (olb) Modified on 9/12/2019 (olb). (Entered: 09/11/2019) |

### PACER Service Center

#### Transaction Receipt

05/14/2024 15:16:25

| | | | |
|---|---|---|---|
| **PACER Login:** | GPLAW016 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1-18-44576-cec Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| **Billable Pages:** | 4 | **Cost:** | 0.40 |