**EXHIBIT F**

**PlnDue, CounDue, DebtEd, DomSup, Repeat, PRVDISM, FeeDueINST, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
## Bankruptcy Petition #: 1-23-40980-nhl

| | |
|---|---|
| *Assigned to:* Nancy Hershey Lord | *Date filed:* 03/23/2023 |
| Chapter 13 | *Date terminated:* 06/21/2023 |
| Voluntary | *Debtor dismissed:* 05/08/2023 |
| Asset | *341 meeting:* 08/09/2023 |

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*
**Premlall Nandkishur**                                         represented by **Premlall Nandkishur**
91-04 175 Street                                                                          PRO SE
Jamaica, NY 11432
QUEENS-NY
SSN / ITIN: ███████

*Trustee*
**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
516-622-1340

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 03/23/2023 | 1 (12 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $40 Filed by Premlall Nandkishur Government Proof of Claim due by 9/19/2023. (drk) (Entered: 03/23/2023) |
| 03/23/2023 | | Meeting of Creditors Chapter 13 & Appointment of Chapter 13 Trustee Preuss, Krista M with 341(a) Meeting to be held on 5/3/2023 at 10:30 AM at Room 4515, 271-C Cadman Plaza East, Brooklyn, NY. Proofs of Claims due by 6/1/2023. (Entered: 03/23/2023) |

| Date | Doc | Description |
|---|---|---|
| 03/23/2023 | | Prior Filing Case Number(s): 10-40080-jf dismissed on 02/22/2010; 15-42238-cec dismissed on 06/30/2015; 16-43701-cec dismissed 01/31/2017; 18-44576-cec dismissed on 09/24/2018 (drk) (Entered: 03/23/2023) |
| 03/23/2023 | | Receipt of Chapter 13 Installment Filing Fee - $40.00. Receipt Number 10331204. (HM) (admin) (Entered: 03/23/2023) |
| 03/23/2023 | 2 (1 pg) | Application to Pay Filing Fee in Installments. Filed by Premlall Nandkishur. (drk) (Entered: 03/24/2023) |
| 03/23/2023 | 4 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Singh, Sundar (drk) (Entered: 03/24/2023) |
| 03/23/2023 | 5 (3 pgs; 2 docs) | Deficient Filing Chapter 13: Certificate of Credit Counseling due by 3/23/2023. Statement Pursuant to E.D.N.Y. LBR 1073-2b due by 3/23/2023. Last day to file Section 521(i)(1) documents is 5/8/2023. Summary of Your Assets and Liabilities and Certain Statistical Information Official Form 106Sum due by 4/6/2023. Schedule A/B due 4/6/2023. Schedule C due 4/6/2023. Schedule D due 4/6/2023. Schedule E/F due 4/6/2023. Schedule G due 4/6/2023. Schedule H due 4/6/2023. Schedule I due 4/6/2023. Schedule J due 4/6/2023. Declaration About Ind Deb Schs Form 106Dec due 4/6/2023. Statement of Financial Affairs for Individuals Filing for Bankruptcy Form 107 due 4/6/2023. Chapter 13 Plan due by 4/6/2023. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 4/6/2023. Copies of pay statements received from any employer due by 4/6/2023. Incomplete Filings due by 4/6/2023. (drk) (Entered: 03/24/2023) |
| 03/24/2023 | 6 (6 pgs; 4 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 6/14/2023 at 09:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. Last day to Object to Confirmation 6/14/2023. Objections to 523 due by 7/3/2023. (drk) (Entered: 03/24/2023) |
| 03/24/2023 | 7 (2 pgs; 2 docs) | Order Granting Application To Pay Filing Fees In Installments. Balance Due: $ 273.00 (Related Doc # 2). Signed on 3/24/2023. (drk) (Entered: 03/24/2023) |
| 03/26/2023 | 8 (3 pgs) | BNC Certificate of Mailing with Notice of Electronic Filing Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 03/26/2023 | 9 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 03/26/2023 | 10 (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 03/26/2023 | 11 (2 pgs) | BNC Certificate of Mailing with Copy of Order Notice Date 03/26/2023. (Admin.) (Entered: 03/27/2023) |
| 04/13/2023 | 12 (1 pg) | Notice of Appearance and Request for Notice Filed by Courtney R. Shed on behalf of Rushmore Loan Management Services LLC (Shed, Courtney) (Entered: 04/13/2023) |
| 04/24/2023 | 13 | Final Notice of Section 521 Deficiencies (aac) (Entered: 04/24/2023) |

| | | |
|---|---|---|
| | (2 pgs; 2 docs) | |
| 04/26/2023 | 14 (2 pgs; 2 docs) | Notice of Rescheduled Telephonic 341 Meeting with Instructions. Meeting scheduled for May 3, 2023 at 10:30 AM. (Preuss, Krista) (Entered: 04/26/2023) |
| 04/26/2023 | 15 (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 04/26/2023. (Admin.) (Entered: 04/27/2023) |
| 04/29/2023 | 16 (3 pgs) | BNC Certificate of Mailing with Notice of Reset of Section 341 Meeting of Creditors Notice Date 04/29/2023. (Admin.) (Entered: 04/30/2023) |
| 05/04/2023 | | Statement Adjourning 341(a) Meeting of Creditors 341(a) Meeting Adjourned to 8/9/2023 at 12:00 PM at Teleconference - Brooklyn. (Preuss, Krista) (Entered: 05/04/2023) |
| 05/08/2023 | 17 (1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)13 Final Notice of Section 521 Deficiencies) (aac) (Entered: 05/08/2023) |
| 05/08/2023 | 19 (2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (dnb) (Entered: 05/15/2023) |
| 05/15/2023 | 18 (1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. 521(i)(1). (RE: related document(s)17 Request for Judicial Determination Re: 521 Documents). Signed on 5/15/2023 (dnb) (Entered: 05/15/2023) |
| 05/17/2023 | 20 (3 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Notice Date 05/17/2023. (Admin.) (Entered: 05/18/2023) |
| 05/31/2023 | | Confirmation Marked Off; Case Dismissed. (related document(s): 6 Request for Notice - Meeting of Creditors and Hearing on Confirmation Chapter 13) (AngelaHoward) (Entered: 05/31/2023) |
| 06/16/2023 | 21 (2 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Preuss, Krista) (Entered: 06/16/2023) |
| 06/21/2023 | 22 (2 pgs; 2 docs) | Order to Close Automatically Dismissed Case (ch13c4dsm) (Entered: 06/21/2023) |
| 06/21/2023 | | Close Bankruptcy Case (ch13disms) (Entered: 06/21/2023) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/14/2024 15:17:49 | | | |
| PACER Login: | GPLAW016 | Client Code: | |

| Description: | Docket Report | Search Criteria: | 1-23-40980-nhl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| Billable Pages: | 2 | Cost: | 0.20 |