**EXHIBIT G**

**PlnDue, FeeDueBK, CounDue, DebtEd, DomSup, Repeat, PRVDISM, DISMISSED, CLOSED**

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-24-40276-nhl

*Assigned to:* Nancy Hershey Lord
Chapter 13
Voluntary
Asset

*Date filed:* 01/22/2024
*Date terminated:* 04/26/2024
*Debtor dismissed:* 03/08/2024
*341 meeting:* 06/05/2024

*Debtor disposition:* Dismissed for Other Reason

*Debtor*
**Premlall Nandkishur**
91-04 175th Street
Jamaica, NY 11432
QUEENS-NY
SSN / ITIN: ███

represented by **Premlall Nandkishur**
PRO SE

*Trustee*
**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
516-622-1340

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 01/22/2024 | 1 (12 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $40 Filed by Premlall Nandkishur Government Proof of Claim due by 7/22/2024. (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | 2 | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Preuss, Krista M with 341(a) Meeting to be held on 3/6/2024 at 09:30 AM at Zoom.us/join - Preuss: Meeting ID 368 |

| | | |
|---|---|---|
| | | 012 6121, Passcode 3295448579, Phone 1 (516) 898-7773. Proofs of Claims due by 4/1/2024. (Entered: 01/22/2024) |
| 01/22/2024 | | Prior Filing Case Number(s): 23-40980-nhl dismissed 05/08/2023; 10-40080-jf dismissed on 02/22/2010; 15-42238-cec dismissed on 06/30/2015; 16-43701-cec dismissed 01/31/2017; 18-44576-cec dismissed on 09/24/2018 (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | 4 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Prashad, Rehastra D (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | 5 (3 pgs; 2 docs) | Deficient Filing Chapter 13: Certificate of Credit Counseling due by 1/22/2024. Statement Pursuant to E.D.N.Y. LBR 1073-2b due by 1/22/2024. Last day to file Section 521(i)(1) documents is 3/7/2024. Summary of Your Assets and Liabilities and Certain Statistical Information Official Form 106Sum due by 2/5/2024. Schedule A/B due 2/5/2024. Schedule C due 2/5/2024. Schedule D due 2/5/2024. Schedule E/F due 2/5/2024. Schedule G due 2/5/2024. Schedule H due 2/5/2024. Schedule I due 2/5/2024. Schedule J due 2/5/2024. Declaration About Ind Deb Schs Form 106Dec due 2/5/2024. Statement of Financial Affairs for Individuals Filing for Bankruptcy Form 107 due 2/5/2024. Chapter 13 Plan due by 2/5/2024. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C-1 Due 2/5/2024. Copies of pay statements received from any employer due by 2/5/2024. Incomplete Filings due by 2/5/2024. (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | 6 (3 pgs; 2 docs) | Request for Notice - Chapter 13 Meeting of Creditors and Hearing on Confirmation. Confirmation hearing to be held on 4/17/2024 at 09:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. Last day to Object to Confirmation 4/17/2024.Objections to 523 due by 5/6/2024. (dmp) (Entered: 01/22/2024) |
| 01/22/2024 | | Receipt of Chapter 13 Installment Filing Fee - $40.00. Receipt Number 10332797. (DM) (admin) (Entered: 01/22/2024) |
| 01/24/2024 | 7 (4 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 01/24/2024. (Admin.) (Entered: 01/25/2024) |
| 01/24/2024 | 8 (3 pgs) | BNC Certificate of Mailing with Notice of Deficient Filing Notice Date 01/24/2024. (Admin.) (Entered: 01/25/2024) |
| 01/26/2024 | 9 (2 pgs) | Notice of Appearance and Request for Notice Filed by Michelle C Marans on behalf of Rushmore Servicing as servicer for UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII (Marans, Michelle) (Entered: 01/26/2024) |
| 02/22/2024 | 10 (2 pgs; 2 docs) | Final Notice of Section 521 Deficiencies (drk) (Entered: 02/22/2024) |
| 02/24/2024 | 11 (2 pgs) | BNC Certificate of Mailing with Final Notice of Section 521 Deficiencies Notice Date 02/24/2024. (Admin.) (Entered: 02/25/2024) |
| 03/08/2024 | 12 (1 pg) | Request for Judicial Determination Concerning Dismissal Pursuant to 11 U.S.C. Section 521(i) (RE: related document(s)10 Final Notice of Section 521 Deficiencies) (drk) (Entered: 03/08/2024) |

| 03/08/2024 | 14 (2 pgs; 2 docs) | Case Automatically Dismissed pursuant to 11 U.S.C. Section 521(i)(1) with Notice of Automatic Dismissal Sent to Debtor (drk) (Entered: 03/15/2024) |
| --- | --- | --- |
| 03/11/2024 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 6/5/2024 at 01:00 PM at Zoom.us/join - Preuss: Meeting ID 368 012 6121, Passcode 3295448579, Phone 1 (516) 898-7773. (Preuss, Krista) (Entered: 03/11/2024) |
| 03/15/2024 | 13 (1 pg) | Order Directing Clerk's Office to dismiss this case pursuant to 11 U.S.C. 521(i)(1). (RE: related document(s)12 Request for Judicial Determination Re: 521 Documents). Signed on 3/15/2024 (drk) (Entered: 03/15/2024) |
| 03/17/2024 | 15 (3 pgs) | BNC Certificate of Mailing with Notice of Automatic Dismissal of Case Notice Date 03/17/2024. (Admin.) (Entered: 03/18/2024) |
| 04/02/2024 | | Confirmation Marked Off; Case Dismissed. (related document(s): 6 Request for Notice - Meeting of Creditors and Hearing on Confirmation Chapter 13) (AngelaHoward) (Entered: 04/02/2024) |
| 04/24/2024 | 16 (2 pgs) | Chapter 13 Trustee Final Report and Account for Dismissed Case. (Preuss, Krista) (Entered: 04/24/2024) |
| 04/26/2024 | 17 (2 pgs; 2 docs) | Order to Close Automatically Dismissed Case (ch13c4dsm) (Entered: 04/26/2024) |
| 04/26/2024 | | Close Bankruptcy Case (ch13disms) (Entered: 04/26/2024) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/14/2024 15:12:43 | | | |
| PACER Login: | GPLAW016 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1-24-40276-nhl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
| Billable Pages: | 2 | Cost: | 0.20 |