# EXHIBIT H

PlnDue, FeeDueBK, CounDue, DebtEd, DomSup, Repeat, PRVDISM

# U.S. Bankruptcy Court
## Eastern District of New York (Brooklyn)
### Bankruptcy Petition #: 1-24-41964-nhl

*Date filed:* 05/09/2024
*341 meeting:* 12/04/2024
*Deadline for filing claims:* 07/18/2024
*Deadline for filing claims (govt.):* 11/05/2024

*Assigned to:* Nancy Hershey Lord
Chapter 13
Voluntary
Asset

*Debtor*
**Premlall Nandkishur**
731 E 85th Street
Brooklyn, NY 11236
KINGS-NY
SSN / ITIN: ███████

represented by **Premlall Nandkishur**
PRO SE

*Trustee*
**Krista M Preuss**
Krista M. Preuss, Chapter 13 Trustee
100 Jericho Quadrangle
Ste 127
Jericho, NY 11753
516-622-1340

*U.S. Trustee*
**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408
(212) 206-2580

| Filing Date | # | Docket Text |
|---|---|---|
| 05/09/2024 | 1 (15 pgs) | Chapter 13 Voluntary Petition for Individuals. Fee Amount $40.00 Filed by Premlall Nandkishur Government Proof of Claim due by 11/5/2024. (las) (Entered: 05/09/2024) |
| 05/09/2024 | | Judge Assigned Due to Prior Filing, Judge Reassigned. (las) (Entered: 05/09/2024) |
| 05/09/2024 | 2 (3 pgs; 2 docs) | Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors & Notice of Appointment of Interim Trustee Preuss, Krista M with 341(a) Meeting to be held on 6/5/2024 at 11:30 AM at Zoom.us/join - Preuss: Meeting ID 368 012 6121, Passcode 3295448579, Phone 1 (516) 898-7773. Confirmation hearing to be held on 6/26/2024 at 09:30 AM at |

| | | |
|---|---|---|
| | | Courtroom 3577 (Judge Lord), Brooklyn, NY. Objections to 523 due by 8/5/2024. Proofs of Claims due by 7/18/2024. (Entered: 05/09/2024) |
| 05/09/2024 | | Prior Filing Case Number(s): 10-40080-jf dismissed on 02/22/2010; 15-42238-cec dismissed on 06/30/2015; 16-43701-cec dismissed 01/31/2017; 18-44576-cec dismissed on 09/24/2018,1-23-40980-nhl dismissed 05/08/2023 (las) (Entered: 05/09/2024) |
| 05/09/2024 | 4 | Copy of Required Photo Identification pursuant to Administrative Order No. 653 for Filer Prashad, Rehastra D (las) (Entered: 05/09/2024) |
| 05/09/2024 | | Receipt of Chapter 13 Installment Filing Fee - $40.00. Receipt Number 10333499. (LS) (admin) (Entered: 05/09/2024) |
| 05/11/2024 | 5 (3 pgs) | BNC Certificate of Mailing - Meeting of Creditors Notice Date 05/11/2024. (Admin.) (Entered: 05/12/2024) |
| 05/14/2024 | 6 (2 pgs; 2 docs) | Notice of Proposed Dismissal for debtors failure to pay the balance due on filing fees in the Amount of: $273.00. (dld) (Entered: 05/14/2024) |
| 05/15/2024 | 7 (4 pgs; 2 docs) | Letter Filed by Mark R Knuckles on behalf of Vermont Equity and Funding Corp. (Attachments: # 1 Affidavit Affidavit of Service) (Knuckles, Mark) (Entered: 05/15/2024) |
| 05/15/2024 | 8 (1 pg) | Notice of Appearance and Request for Notice Filed by Ehret Anne Van Horn on behalf of Nationstar Mortgage LLC (Van Horn, Ehret) (Entered: 05/15/2024) |
| 05/16/2024 | 9 (2 pgs) | BNC Certificate of Mailing with Notice/Order Notice Date 05/16/2024. (Admin.) (Entered: 05/17/2024) |
| 05/20/2024 | 10 (110 pgs; 16 docs) | [COUNSEL TO AMEND NOTICE TO UPDATE TELEPHONIC HEARING PLATFORM] - Motion for Relief from Stay Fee Amount $199. Filed by Mark R Knuckles on behalf of Vermont Equity and Funding Corp.. Hearing scheduled for 7/25/2024 at 10:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Attachments: # 1 Supplement ATTORNEY AFFIRMATION # 2 Supplement MEMORANDUM OF LAW # 3 Affidavit AFFIDAVIT OF SERVICE # 4 Exhibit EXHIBIT A -NOTE-MTG-ASOM # 5 Exhibit EXHIBIT B- GUARANTY # 6 Exhibit EXHIBIT C - DEED # 7 Exhibit EXHIBIT E - NOS_2023 # 8 Exhibit EXHIBIT F - PRIOR DOCKET # 9 Exhibit EXHIBIT G - NOS_JANUARY 2024 # 10 Exhibit EXHIBIT H- BK DOCKET DISMISSAL # 11 Exhibit EXHIBIT I - NOS_MAY 2024 # 12 Exhibit EXHIBIT J- PRIOR BK FILINGS # 13 Exhibit EXHIBIT K - CERTIFICATION AND BPO # 14 Exhibit EXHIBIT L - PROPOSED ORDER # 15 Exhibit EXHIBIT D - JUDGMENT OF FORECLOSURE) (Knuckles, Mark) Modified on 5/22/2024 (agh). (Entered: 05/20/2024) |
| 05/20/2024 | | Receipt of Motion for Relief From Stay( 1-24-41964-nhl) [motion,mrlfsty] ( 199.00) Filing Fee. Receipt number A22644077. Fee amount 199.00. (re: Doc# 10) (U.S. Treasury) (Entered: 05/20/2024) |
| 05/29/2024 | 11 (3 pgs; 2 docs) | Amended Notice of Motion/Presentment Filed by Mark R Knuckles on behalf of Vermont Equity and Funding Corp. (RE: related document(s)10 Motion for Relief From Stay filed by Creditor Vermont Equity and Funding Corp.) Hearing scheduled for 7/25/2024 at 10:00 |

| | | |
|---|---|---|
| | | AM (check with court for location). (Attachments: # 1 Affidavit AFFIDAVIT OF SERVICE) (Knuckles, Mark) (Modified on 6/10/2024 to correct the time of hearing) (agh). (Entered: 05/29/2024) |
| 06/07/2024 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 9/4/2024 at 01:00 PM at Zoom.us/join - Preuss: Meeting ID 368 012 6121, Passcode 3295448579, Phone 1 (516) 898-7773. (Preuss, Krista) (Entered: 06/07/2024) |
| 06/26/2024 | | Adjourned Without Hearing - Confirmation hearing to be held on 09/11/2024 at 09:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (RE: related document(s)2 Judge / Trustee / 341 Meeting Assignment (Chapter 13)) (sej) (Entered: 06/26/2024) |
| 07/25/2024 | | Hearing Held; Appearance: John E. Brigandi (Counsel to Movant); Motion Granted as per the record; Submit Order. (related document(s): 10 Motion for Relief From Stay filed by Vermont Equity and Funding Corp.) (AngelaHoward) (Entered: 08/04/2024) |
| 08/05/2024 | 12 (3 pgs) | Order Vacating the automatic stay with in REM Relief with respect to real property commonly known as 731 East 85 Street, Brooklyn, NY 11236; the co-debtor stay imposed by 11 U.S.C. § 1301(a) as it applies to 731 E. 85 Street Group Corp. and Rameshwar Jodha, the guarantors, is terminated pursuant to 11 U.S.C. §1301(c)(3) (Related Doc # 10) Signed on 8/5/2024. (dnb) (Entered: 08/05/2024) |
| 08/08/2024 | | Receipt of Fee for Certification of Document - $12.00. Receipt Number 10334078. (NP) (admin) (Entered: 08/08/2024) |
| 09/05/2024 | | Trustee's Notice of Continued Meeting of Creditors 341(a) Meeting Adjourned to 12/4/2024 at 01:00 PM at Zoom.us/join - Preuss: Meeting ID 368 012 6121, Passcode 3295448579, Phone 1 (516) 898-7773. (Preuss, Krista) (Entered: 09/05/2024) |
| 09/10/2024 | | Adjourned Without Hearing (related document(s): 2 Judge / Trustee / 341 Meeting Assignment (Chapter 13)) Confirmation hearing to be held on 10/09/2024 at 09:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (AngelaHoward) (Entered: 09/10/2024) |
| 09/18/2024 | 13 (5 pgs) | Chapter 13 Trustee's Motion to Dismiss Case. Hearing scheduled for 10/9/2024 at 09:30 AM at Courtroom 3577 (Judge Lord), Brooklyn, NY. (Preuss, Krista) (Entered: 09/18/2024) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/10/2024 13:56:29 | | |
| **PACER Login:** | gplaw016 | **Client Code:** |

| **Description:** | Docket Report | **Search Criteria:** | 1-24-41964-nhl Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Headers: included Format: html Page counts for documents: included |
|---|---|---|---|
| **Billable Pages:** | 3 | **Cost:** | 0.30 |