# EXHIBIT J

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

_____

In Re:                                           Case No.: 24-41964-nhl
                                                 (Chapter 13)
Premlall Nandkishur
                                                 Assigned to:
                        Debtor.                  Hon. Nancy Hershey Lord
                                                 Bankruptcy Judge

_____

### *IN-REM* ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY

Upon the motion of Rushmore Servicing as servicing agent for UMB Bank, National Association, not in its individual capacity, but solely as legal title trustee for LVS Title Trust XIII, (the "Movant") dated October 22, 2024 (the "Motion"), for an order pursuant to 11 U.S.C. §362(a), lifting and vacating the automatic stay with respect to the property located at 91 04 175th Street, Jamaica, NY 11432 (the "Property"), and the Motion having come before this Court December 04, 2024, at which counsel for Movant appeared, and there being no opposition to the Motion, it is hereby

**ORDERED** that the automatic stay in effect pursuant to 11 U.S.C. section 362(a), is hereby terminated pursuant to 11 U.S.C. §105(a) and § 362(d)(4)(B) granting *in rem* relief as to the Property, as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Property and it is further

**ORDERED** that the automatic stay under 11 U.S.C. § 362(a) is terminated pursuant to 11 U.S.C. § 362(d)(4)(B) as to Movant's interest in the Property such that if this Order is recorded in compliance with applicable State laws governing notices of interests or liens in real property, it shall be binding in any other case filed by any party under the Bankruptcy Code purporting to affect the Property that is filed not later than 2 years after the date of entry of this Order; and it is further

**ORDERED**, that the Trustee retain any and all interest that said Trustee may have in any surplus monies that may be produced from a foreclosure sale of the property, and will be noticed of any such sale of the property

and surplus money proceedings; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Queens County Clerk is hereby directed to record a certified copy of this Order upon the payment of its requisite and lawful fees and index same against the premises known as 91 04 175th Street, Jamaica, NY 11432, Section Block 9809/Lot 64. A Copy of the legal description is attached hereto as **Exhibit 'A'**.

# EXHIBIT A

REEL 5374 PG 1684

# TRIBOROUGH ABSTRACT INC.

Title No. ███████

## SCHEDULE A - DESCRIPTION

All that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, known nd designated on a certain map entitled "Property at Eastwood, 4th Ward, Borough of Queens, Nov. 1907 by George H. Gifford" and filed in the Office of the Clerk (now Register) of the County of Queens on 12/18/07 as Map No. 587 as and by lots numbered 1 and 2 and part of 3 which said lots and part of lot are more particularly bounded and described according to said map as follows:

BEGINNING at the corner formed by the intersection of the Southerly side of 91st Avenue (formerly St. Albans Place) with the Westerly side of 175th Street (formerly Warwick Boulevard);

RUNNING THENCE Westerly along the Southerly side of 91st Avenue 117 feet;

THENCE Southerly parallel with 175th Street 51.25 feet;

THENCE Easterly parallel with 91st Avenue, 117 feet to the Westerly side of 175th Street;

THENCE Northerly along the Westerly side of 175th Street 51.25 feet to the corner, the point or place of BEGINNING.

SCHEDULE A - DESCRIPTION PAGE