# EXHIBIT K

REEL 5 3 7 4 PG 1 6 8 4

**TRIBOROUGH ABSTRACT INC.**

Title No. █████

## SCHEDULE A - DESCRIPTION

All that certain plot, piece or parcel of land, situate, lying and being in the Borough and County of Queens, City and State of New York, known nd designated on a certain map entitled "Property at Eastwood, 4th Ward, Borough of Queens, Nov. 1907 by George H. Gifford" and filed in the Office of the Clerk (now Register) of the County of Queens on 12/18/07 as Map No. 587 as and by lots numbered 1 and 2 and part of 3 which said lots and part of lot are more particularly bounded and described according to said map as follows:

BEGINNING at the corner formed by the intersection of the Southerly side of 91st Avenue (formerly St. Albans Place) with the Westerly side of 175th Street (formerly Warwick Boulevard);

RUNNING THENCE Westerly along the Southerly side of 91st Avenue 117 feet;

THENCE Southerly parallel with 175th Street 51.25 feet;

THENCE Easterly parallel with 91st Avenue, 117 feet to the Westerly side of 175th Street;

THENCE Northerly along the Westerly side of 175th Street 51.25 feet to the corner, the point or place of BEGINNING.

SCHEDULE A - DESCRIPTION PAGE