UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**CERTIFICATE OF SERVICE**

In re:

Case No.: 24-41964-nhl
(Chapter 13)

Premlall Nandkishur

Debtor

Assigned to:
Hon. Nancy Hershey Lord
Bankruptcy Judge

-----------------------------------------------------------------

I, Maria Martin, certify that on October 22, 2024, I caused to be served, a true copy of the **Motion for Relief from Automatic Stay** on the following parties as indicated below.

| Name and Address of Party Served | Mode of Service |
|---|---|
| Premlall Nandkishur<br>731 E 85th Street<br>Brooklyn, NY 11236 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| Krista M. Preuss, Esq.<br>Krista M. Preuss, Chapter 13 Trustee<br>100 Jericho Quadrangle<br>Ste 127<br>Jericho, NY 11753 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |
| Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green<br>Room 510<br>New York, NY 10004-1408 | ☒ First class mail via USPS<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (**NYSCEF**)<br>☐ United Parcel Service<br>☐ FedEX |

/s/ Maria Martin
Maria Martin
Legal Assistant