UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:

PREMLALL NANDKISHUR,


                           Debtor.
-----------------------------------------------------------X

November 13, 2024
9:30AM

Chapter 13

Case No: 124-41964-NHL

## AMENDED NOTICE OF SETTLEMENT OF
## PROPOSED ORDER DISMISSING CASE

SIRS/MESDAMES:

PLEASE TAKE NOTICE, that an Order of which the within is a true copy will be presented for settlement to the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 271 Cadman Plaza East, Brooklyn, New York on November 13, 2024, at 09:30AM.

PLEASE TAKE FURTHER NOTICE, that counter-orders must be presented and served upon the undersigned no later than three (3) days prior to the settle date set forth above, and if no counter-order is presented and served, the attached Order may be signed.


Date:   Jericho, New York
        October 24, 2024



                                       *s/ Krista M. Preuss*
                                       KRISTA M. PREUSS, CHPT 13 TRUSTEE
                                       100 JERICHO QUADRANGLE; SUITE 127
                                       JERICHO, NY 11753
                                       (516) 622-1340

THIS ORDER RELATES TO A
HEARING HELD ON
OCTOBER 9, 2024

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X          Chapter 13
IN RE:                                                                Case No. 124-41964-NHL

PREMLALL NANDKISHUR,
                                                                     ORDER DISMISSING CASE

                              Debtor.
----------------------------------------------------------X

UPON the September 18, 2024 written application of Krista M. Preuss, Chapter 13 Trustee, (the

"Trustee") seeking entry of an Order dismissing the instant Chapter 13 case pursuant to 11 U.S.C. §1307(c)

and due notice of the aforesaid application having been given to all necessary parties; and

WHEREAS, on October 9, 2024, the Trustee appeared by her Staff Attorney in support thereof and

no one appeared on behalf of the Debtor; and

WHEREAS, Debtor did not file written opposition to the Trustee's Motion to Dismiss as required

by E.D.N.Y. LBR 9013-1(b); and

WHEREAS, the Debtor failed to file a certificate from an approved nonprofit budget and credit

counseling agency as required by 11 U.S.C. §521(b)(1); and

WHEREAS, the Debtor failed to file copies of payment advices or other evidence of payment

received from any employer within the last 60 days before the filing of the petition as required by 11 U.S.C.

§521(a)(1)(B)(iv); and

WHEREAS, the Debtor failed to file schedules of assets and liabilities as required by 11 U.S.C.

§521(a) and Fed. R. Bankr. P. 1007(b); and

WHEREAS, the Debtor failed to file schedules of income and expenses as required by 11 U.S.C.

§521(a) and Fed. R. Bankr. P. 1007(b); and

WHEREAS, the Debtor failed to file the statement of financial affairs as required by 11 U.S.C.

§521(a) and Fed. R. Bankr. P. 1007(b); and

WHEREAS, the Debtor failed to commence making Chapter 13 plan payments to the Trustee, as required by 11 U.S.C. §1326(a)(1); and

WHEREAS, the Debtor failed to file a Chapter 13 Plan, as required by 11 U.S.C. §1321 and Fed. R. Bankr. P. 3015(b); and

WHEREAS, the Debtor failed to comply with 11 U.S.C. §521(e)(2)(A)(i) in that the Debtor has failed to provide the Trustee with a copy of a federal income tax return or transcript for the most recent year 7 days before the first meeting of creditors; and

WHEREAS, the Debtor failed to comply with the disclosure requirements of E.D.N.Y. LBR 2003-1; and

WHEREAS, the Debtor failed to appear and be examined at the Section 341 Meeting of Creditors as required by 11 U.S.C. §343; and

WHEREAS, based upon the findings of fact and conclusions of law as stated on the record, cause exists to dismiss this case pursuant to 11 U.S.C. §1307(c); it is accordingly

ORDERED, that the instant Chapter 13 case be dismissed pursuant to 11 U.S.C. §1307(c).


Dated: Brooklyn, NY
      , 2024

                                   _____
                                   Hon. Nancy Hershey Lord
                                   United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X          Chapter 13
IN RE

                                                        Case No: 124-41964-NHL

PREMLALL NANDKISHUR,

                                                         CERTIFICATE OF SERVICE

                       Debtor.
------------------------------------------------------------X

       I, Hanin R. Shadood, declare under penalty of perjury that I have sent the attached document to the below listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Notice by first class mail was sent to the following persons/entities:

PREMLALL NANDKISHUR
731 E 85TH STREET
BROOKLYN, NY 11236

Notice by electronic transmission generated by the ECF system to the following persons/entities pursuant to Bankruptcy Rule 9036:

Nationstar Mortgage LLC c/o Gross Polowy LLC, ecfnotices@grosspolowy.com

Vermont Equity and Funding Corp., c/o Knuckles & Manfro, LLP, mrk@km-llp.com

Transmission times for electronic delivery are Eastern Time zone.

This October 24, 2024

s/ *Hanin R. Shadood*
Hanin R. Shadood, Staff Attorney
Office of the Standing Chapter 13 Trustee
Krista M. Preuss
100 Jericho Quadrangle; Suite 127
Jericho, NY 11753
(516) 622-1340

Case No: 124-41964-NHL
UNITED STATES BANKRUPTCY COURT:
EASTERN DISTRICT OF NEW YORK

IN RE:

PREMLALL NANDKISHUR,


Debtor.

## AMENDED NOTICE OF SETTLEMENT AND ORDER DISMISSING CASE

**KRISTA M. PREUSS, TRUSTEE**

100 JERICHO QUADRANGLE; SUITE 127
**JERICHO, NY 11753**
**(516) 622-1340**